IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:11-cr-00407-LJO-3 |
| Plaintiff, | ) | ORDER OF RELEASE |
| vs. | ) | |
| MARIA DEL PILAR PEREZ-PEREZ, | ) | |
| Defendant. | ) | |

The above named defendant having been sentenced on May 21, 2012, to a period of time already served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow. This Order in no way addresses any potential or existing Immigration or Deportation issues.

IT IS SO ORDERED.

**Dated:   May 21, 2012**               /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1